IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LELA HUSKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 23-00295-CV-W-MDH-SSA |
| ) | |
| MARTIN O'MALLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Martin O'Malley's ("Defendant's") Motion to Reverse and Remand. (Doc. 23). Defendant seeks reversal and remand for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff is unopposed. Therefore, this matter is **REVERSED and REMANDED** for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is further ordered to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993). This renders Plaintiff's Motion for In Camera Review of Documents **MOOT**.

**IT IS SO ORDERED.**

Dated: January 30, 2024  　　　　　　　　　　　　　　　　　　　 */s/ Douglas Harpool*　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**